Dismissed and Memorandum Opinion filed October 30, 2008








Dismissed
and Memorandum Opinion filed October 30, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00740-CV

____________

 

DEREK LAI and CHING WANG CHU, Appellants

 

V.

 

SAFECO INSURANCE COMPANY OF ILLINOIS, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 3

Harris County,
Texas

Trial Court Cause
No. 819288

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 1, 2007.  On October 10, 2008, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Judgment rendered and Memorandum Opinion filed October
30, 2008.

Panel consists of Justices Yates, Seymore, and Boyce.